No. 15-25-00106-CV

ACCEPTED
15-25-00106-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

# In the Court of Appeals
## for the Fifteenth Judicial District
## Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 2:01:58 PM
CHRISTOPHER A. PRINE
Clerk

*In re* NONPARTY PATIENT NO. 15,

*Relator.*

On Writ of Mandamus
493rd Judicial District Court, Collin County

## REAL PARTY IN INTEREST STATE OF TEXAS'S MOTION FOR LEAVE TO FILE MANDAMUS RESPONSE UNDER SEAL

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division
State Bar No. 24071779

ABIGAIL E. SMITH
Assistant Attorney General
State Bar No. 24141756

ROB FARQUHARSON
Assistant Attorney General
State Bar No. 24100550

Office of the Attorney General
Consumer Protection Division
12221 Merit Drive, Ste. 650
Dallas, Texas 75251
Tel: (214) 290-8830
Fax: (214) 969-7615

*Counsel for Real Party in Interest*

Real Party in Interest the State of Texas moves for leave to file its response to Relator's mandamus petition under seal. This submission contains sensitive and confidential information, such as health information, some of which is subject to the district court's protective order and some of which was separately ordered sealed by the district court. The State will serve the Court, the district court, Relator, and Dr. M. Brett Cooper unredacted versions of its mandamus response, and will file public versions with the appropriate sections redacted.

This Court has already granted Relator's motion to seal similar information in Relator's mandamus petition and mandamus record. And Relator has confirmed it does not oppose. As such, the State believes the Court need not wait 10 days before ruling, and can rule as soon as is practicable. *See* Tex. R. App. P. 10.3(a)(2) ("A court should not hear or determine a motion until 10 days after the motion was filed, unless . . . the motion states that the parties have conferred and that no party opposes the motion[.]").

For the foregoing reasons, the State requests this motion be granted.

Dated: June 30, 2025

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

*/s/ Abigail E. Smith*
ABIGAIL E. SMITH
Assistant Attorney General

ROB FARQUHARSON
Assistant Attorney General

Office of the Attorney General
Consumer Protection Division
12221 Merit Drive, Ste. 650
Dallas, Texas 75251
Tel: (214) 290-8830
Fax: (214) 969-7615

*Counsel for Real Party in Interest State of Texas*

## Certificate of Conference

During the trial court proceedings, the trial court, the State, and Dr. M. Brett Cooper discussed various portions of this mandamus petition and briefing being filed under seal. *See* M.R. 282, 309, 314, 342. Independently, on June 30, 2025, counsel for the State confirmed with counsel for Relator that they do not oppose this motion.

/s/ Abigail E. Smith
ABIGAIL E. SMITH

## Certificate of Service

I certify that the foregoing was served on all interested parties via e-file .on June 30, 2025.

/s/ Abigail E. Smith
ABIGAIL E. SMITH

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 102592961
Filing Code Description: Motion
Filing Description: 20250630 States Mtn Leave to File under Seal.pdf
Status as of 6/30/2025 2:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thanh Nguyen | | TDNguyen@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Jervonne Newsome | | jnewsome@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Jonathan Hung | | johung@winston.com | 6/30/2025 2:01:58 PM | SENT |
| William Logan | | wlogan@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Evan Lewis | | edlewis@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 6/30/2025 2:01:58 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| David G. Shatto | | david.shatto@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 6/30/2025 2:01:58 PM | SENT |